**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Justin W. Montgomery<br>Jayne Montgomery aka Jayne Frain<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 19-13924 pmm |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.

     Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
08 Sep 2020, 16:01:25, EDT

     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322