**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Justin W. and Jayne** | : | |
| **Montgomery,** | : | **Chapter 13** |
| | : | |
| | : | **Case No.   19-13924 (PMM)** |
| | : | |
| **Debtors.** | : | |

## O R D E R

      **AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc.

#52 ), seeking relief pursuant to 11 U.S.C. §362;

      **AND**, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");


      It is hereby **ORDERED** that:

1. On or before March 22, 2021, the parties shall either file the Stipulation or file a notice

    relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

    further notice or hearing.


**Date: 2/23/21**

                                _____
                                **PATRICIA M. MAYER**
                                **U.S. BANKRUPTCY JUDGE**