# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jayne Montgomery aka Jayne Frain<br>Justin W. Montgomery<br><br>                    Debtor(s)<br><br>The Money Source Inc., its successors and/or assigns<br>                              Movant<br>          vs.<br><br>Jayne Montgomery aka Jayne Frain<br>Justin W. Montgomery<br>                    Debtor(s)<br><br>Scott F. Waterman<br>                    Trustee | CHAPTER 13<br><br><br><br>NO. 19-13924 PMM<br><br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief of The Money Source Inc., which was filed with the Court on or about **October 19, 2020 (Document No. 52)**.

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esq.**
                                        Rebecca A. Solarz, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106

March 2, 2021