Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-13924-PMM**

JUSTIN W. MONTGOMERY  
JAYNE MONTGOMERY  
85 BROOKFIELD DRIVE  
EPHRATA  PA    17522

Petition Filed Date: 06/19/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2020 | $1,350.00 | | 03/10/2020 | $1,350.00 | | 04/06/2020 | $1,350.00 | |
| 06/25/2020 | $1,350.00 | | 09/03/2020 | $1,345.00 | | 09/16/2020 | $1,350.00 | |
| 09/17/2020 | $1,345.00 | | 10/01/2020 | $1,350.00 | | 10/16/2020 | $2,710.00 | |
| 11/17/2020 | $1,350.00 | | 12/09/2020 | $1,350.00 | | 12/28/2020 | $1,350.00 | |
| 01/21/2021 | $1,350.00 | | 03/03/2021 | $1,350.00 | | 03/30/2021 | $1,350.00 | |
| 04/20/2021 | $1,350.00 | | 05/18/2021 | $1,350.00 | | | | |

**Total Receipts for the Period: $24,300.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $28,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $863.76 | $0.00 | $863.76 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $516.70 | $0.00 | $516.70 |
| 3 | LANCASTER GENERAL HOSPITAL »» 003 | Unsecured Creditors | $5,419.00 | $0.00 | $5,419.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $430.61 | $0.00 | $430.61 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $445.09 | $0.00 | $445.09 |
| 6 | CAPITAL ONE AUTO FINANCE »» 006 | Secured Creditors | $25,424.94 | $12,480.57 | $12,944.37 |
| 7 | SHORE MEDICAL CENTER »» 007 | Unsecured Creditors | $25.00 | $0.00 | $25.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $895.73 | $0.00 | $895.73 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $516.91 | $0.00 | $516.91 |
| 10 | ONE MAIN FINANCIAL »» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | ONE MAIN FINANCIAL »» 10U | Unsecured Creditors | $3,685.44 | $0.00 | $3,685.44 |
| 12 | LENDMARK FINANCIAL SERVICES LLC »» 012 | Unsecured Creditors | $5,110.10 | $0.00 | $5,110.10 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,677.31 | $0.00 | $2,677.31 |

**Chapter 13 Case No. 19-13924-PMM**

| 14 | THE MONEY SOURCE INC »» 014 | Mortgage Arrears | $17,463.69 | $8,572.54 | $8,891.15 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,750.00 | Current Monthly Payment: | $1,345.00 |
| Paid to Claims: | $26,353.11 | Arrearages: | ($40.00) |
| Paid to Trustee: | $2,396.89 | Total Plan Base: | $78,475.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.