## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jayne Montgomery aka Jayne Frain<br>Justin W. Montgomery<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| The Money Source Inc.<br>　　　　　　　Movant<br>　　vs.<br>Jayne Montgomery aka Jayne Frain<br>Justin W. Montgomery<br>　　　　　　　Debtor(s)<br>Scott F. Waterman<br>　　　　　　　Trustee | NO. 19-13924 PMM<br><br>11 U.S.C. Sections 362 |

### ORDER

AND NOW, this  5th  day of  May  , 2022 at ~~Philadelphia~~, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on March 7, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_Patricia M. Mayer_
United States Bankruptcy Judge.

cc: See attached service list

Jayne Montgomery aka Jayne Frain
85 Brookfield Drive
Ephrata, PA 17522

Justin W. Montgomery
85 Brookfield Drive
Ephrata, PA 17522

Stephen McCoy Otto
Law Office of Stephen M. Otto, LLC
833 N. Park Road
Suite 102
Wyomissing, PA 19610

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532