| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13924-PMM

JUSTIN W. MONTGOMERY  
JAYNE MONTGOMERY  
85 BROOKFIELD DRIVE  
EPHRATA  PA    17522

Petition Filed Date: 06/19/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $1,350.00 | | 05/18/2021 | $1,350.00 | | 06/14/2021 | $1,350.00 | |
| 08/16/2021 | $1,350.00 | | 09/15/2021 | $1,350.00 | | 10/27/2021 | $1,350.00 | |
| 11/22/2021 | $1,350.00 | | 01/06/2022 | $1,350.00 | | 02/03/2022 | $1,350.00 | |
| 03/04/2022 | $1,350.00 | | 04/14/2022 | $1,350.00 | | 06/08/2022 | $1,350.00 | |
| 07/25/2022 | $1,350.00 | | | | | | | |

**Total Receipts for the Period: $17,550.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $43,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $863.76 | $0.00 | $863.76 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $516.70 | $0.00 | $516.70 |
| 3 | LANCASTER GENERAL HOSPITAL »» 003 | Unsecured Creditors | $5,419.00 | $0.00 | $5,419.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $430.61 | $0.00 | $430.61 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $445.09 | $0.00 | $445.09 |
| 6 | CAPITAL ONE AUTO FINANCE »» 006 | Secured Creditors | $25,424.94 | $19,795.27 | $5,629.67 |
| 7 | SHORE MEDICAL CENTER »» 007 | Unsecured Creditors | $25.00 | $0.00 | $25.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $895.73 | $0.00 | $895.73 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $516.91 | $0.00 | $516.91 |
| 10 | ONE MAIN FINANCIAL »» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | ONE MAIN FINANCIAL »» 10U | Unsecured Creditors | $3,685.44 | $0.00 | $3,685.44 |
| 12 | LENDMARK FINANCIAL SERVICES LLC »» 012 | Unsecured Creditors | $5,110.10 | $0.00 | $5,110.10 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,677.31 | $0.00 | $2,677.31 |
| 14 | THE MONEY SOURCE INC »» 014 | Mortgage Arrears | $17,463.69 | $13,596.84 | $3,866.85 |

| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,600.00 | Current Monthly Payment: | $1,345.00 |
| Paid to Claims: | $38,692.11 | Arrearages: | $3,940.00 |
| Paid to Trustee: | $3,665.89 | Total Plan Base: | $78,475.00 |
| Funds on Hand: | $1,242.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.