IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JUSTIN W. MONTGOMERY and         :
JAYNE MONTGOMERY,                         :      Bankruptcy No. 19-13924-PMM
        Debtors.                         :      Chapter 13
                                          :

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 77, the "Motion");

It is hereby ordered that:

1) The Motion is granted; and

2) The Modified Plan (doc. # _79_) is approved.

DATE: _11/3/22_

BY THE COURT:

_/s/ Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE