United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13924-pmm |
| Justin W. Montgomery | Chapter 13 |
| Jayne Montgomery | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin W. Montgomery, Jayne Montgomery, 85 Brookfield Drive, Ephrata, PA 17522-8804 |
| 14483241 | + | 1st Alliance Lending, LLC, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14483954 | + | 1st Alliance Lending, LLC, c/o Ann Swartz,Esquire, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14372721 | + | Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14347057 | + | LoanCare, LLC as servicer for 1st Alliance, Lending.LLC., c/o ANN E. SWARTZ, ESQUIRE, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14536529 | + | The Money Source,Inc., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 27 2023 23:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2023 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BK@servicingdivision.com | Apr 27 2023 23:40:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Apr 27 2023 23:40:00 | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14773771 | + | Email/Text: BK@servicingdivision.com | Apr 27 2023 23:40:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14344325 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:50:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14344326 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 27 2023 23:50:33 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14346762 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2023 23:50:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14361053 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2023 23:50:27 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14355272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:50:32 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14355013 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2023 23:50:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14344327 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 27 2023 23:40:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14344328 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2023 23:50:27 | 17011-7303<br>First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14375139 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 27 2023 23:40:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON, GA 30014 |
| 14428069 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:50:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14359325 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:50:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14358399 | ^ | MEBN | Apr 27 2023 23:39:34 | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14344329 | ^ | MEBN | Apr 27 2023 23:39:26 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 14344330 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 27 2023 23:40:00 | Loan Care Servicing, Attn: Consumer Solutions, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14344331 | + | Email/PDF: cbp@onemainfinancial.com | Apr 27 2023 23:50:34 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14370886 | + | Email/PDF: cbp@onemainfinancial.com | Apr 27 2023 23:50:34 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14366985 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2023 23:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14366236 | | Email/Text: paula.tilley@nrsagency.com | Apr 27 2023 23:40:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, P.O. BOX 8005, CLEVELAND, TN 37320-8005 |
| 14345985 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14345816 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14715052 | + | Email/Text: BK@servicingdivision.com | Apr 27 2023 23:40:00 | The Money Source Inc., TMS Attn: Bankruptcy Cashiering, 3138 E Elwood Street, Phoenix, Arizona 85034-7210 |
| 14380664 | + | Email/Text: BK@servicingdivision.com | Apr 27 2023 23:40:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14536168 | ^ | MEBN | Apr 27 2023 23:39:31 | The Money Source Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14344332 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 27 2023 23:40:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | The Money Source Inc, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14347503 | *+ | LoanCare, LLC as servicer for 1st Alliance, Lending, LLC, c/o ANN E. SWARTZ, ESQUIRE,, 123 South Broad Street, Suite |

Case 19-13924-pmm    Doc 92    Filed 04/29/23    Entered 04/30/23 00:29:05    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 35 |

|  |  | 1400, Philadelphia, PA 19109-1060 |
|---|---|---|
| 14379942 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| MARISA MYERS COHEN | on behalf of Creditor THE MONEY SOURCE INC. ecfmail@mwc-law.com mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor 1st Alliance Lending  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor LoanCare  LLC as servicer for 1st Alliance Lending, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Justin W. Montgomery steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |
| STEPHEN MCCOY OTTO | on behalf of Joint Debtor Jayne Montgomery steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    JUSTIN W. MONTGOMERY  
    JAYNE MONTGOMERY  

          Debtors

Chapter 13

Bankruptcy No. 19-13924-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 27, 2023**

PATRICIA M. MAYER  
U.S. BANKRUPTCY JUDGE