| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-13924-PMM

JUSTIN W. MONTGOMERY  
JAYNE MONTGOMERY  
85 BROOKFIELD DRIVE  
EPHRATA  PA    17522

Petition Filed Date: 06/19/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 12/12/2019

Case Status: Dismissed After Confirmation on 4/27/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2022 | $1,350.00 | | 10/27/2022 | $1,316.00 | | 02/06/2023 | $1,316.00 | |

**Total Receipts for the Period: $3,982.00    Amount Refunded to Debtor Since Filing: $792.96    Total Receipts Since Filing: $47,582.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $863.76 | $0.00 | $863.76 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $516.70 | $0.00 | $516.70 |
| 3 | LANCASTER GENERAL HOSPITAL »» 003 | Unsecured Creditors | $5,419.00 | $0.00 | $5,419.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $430.61 | $0.00 | $430.61 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $445.09 | $0.00 | $445.09 |
| 6 | CAPITAL ONE AUTO FINANCE »» 006 | Secured Creditors | $25,424.94 | $25,424.94 | $0.00 |
| 7 | SHORE MEDICAL CENTER »» 007 | Unsecured Creditors | $25.00 | $0.00 | $25.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $895.73 | $0.00 | $895.73 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $516.91 | $0.00 | $516.91 |
| 10 | ONE MAIN FINANCIAL »» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | ONE MAIN FINANCIAL »» 10U | Unsecured Creditors | $3,685.44 | $0.00 | $3,685.44 |
| 12 | LENDMARK FINANCIAL SERVICES LLC »» 012 | Unsecured Creditors | $5,110.10 | $0.00 | $5,110.10 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,677.31 | $0.00 | $2,677.31 |
| 14 | ALLIED FIRST BANK SB DBA SERVBANK »» 014 | Mortgage Arrears | $12,079.65 | $12,079.65 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | JUSTIN W. MONTGOMERY | Debtor Refunds | $792.96 | $792.96 | $0.00 |

Chapter 13 Case No. 19-13924-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,582.00 | Current Monthly Payment: | $1,316.00 |
| Paid to Claims: | $43,597.55 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,984.45 | Total Plan Base: | $71,270.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.